BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | CASE NO.  1:11-SW-00133 SMS |
| 14566 S. West Ave., Caruthers, CA 93609; | MOTION TO UNSEAL SEARCH WARRANT AND AFFIDAVIT |
| Green 1991 Honda Accord (CA 6HIX705); | |
| Silver 2002 Nissan Altima (CA 6KYZ734). | |

The United States of America hereby applies to this Court for an order unsealing the search warrant and affidavit in support of the search warrant previously sealed herein by the Court on July 12, 2011. Due to the execution of the search warrant, the search warrant and affidavit no longer need to remain sealed.

Accordingly, the United States requests that the search warrant and affidavit be unsealed and made public record.

DATED: August 18, 2011          BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/ Ian L. Garriques
                                IAN L. GARRIQUES
                                Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> ) <br> 14566 S. West Ave., ) <br> Caruthers, CA 93609; ) <br> ) <br> ) <br> Green 1991 Honda Accord ) <br> (CA 6HIX705); ) <br> ) <br> Silver 2002 Nissan Altima ) <br> (CA 6KYZ734). ) <br> ) | CASE NO.   1:11-SW-00133 SMS <br><br> ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT |

The search warrant and affidavit in support of the search warrant, having been sealed by order of this Court on July 12, 2011, and it appearing that the search warrant and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrant and affidavit in support of the search warrant herein be unsealed and made public record.

DATED: 8/18/11

_____
UNITED STATES MAGISTRATE JUDGE
SM SNYDER